# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
*Chief Justice*

151655(34)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
*Justices*

REVERSE MORTGAGE SOLUTIONS, INC.,
       Plaintiffs-Appellee,

v

ESTATE OF OSCAR L. BATCHELOR,
TERRENCE CRAWFORD, YVETTE
CRAWFORD, and all other occupants,
       Defendants-Appellants.
_____/

SC: 151655
COA: 322927
Wayne CC: 13-001662-AV

On order of the Chief Justice, the motion of the Estate of Oscar L. Batchelor to substitute for defendant-appellant Oscar L. Batchelor, deceased, pursuant to MCR 2.202(A)(1) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015 _____